**FILED**

NF

JAN 0 8 2007

Jan. 8, 2007

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

JH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA DARCHAK, | ) | 07CV104 |
| | ) | JUDGE GETTLEMAN |
| Plaintiff, | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO | ) | |
| BOARD OF EDUCATION. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Now comes the Plaintiff, Anna Darchak, by and through her attorneys, Barry A. Gomberg & Brian S. Schwartz, of Barry A. Gomberg & Associates, Ltd., and complaining of the Defendant, City of Chicago Board of Education., states as follows:

**COUNT I-AMERICANS WITH DISABILITIES ACT**

1.    Plaintiff brings this cause pursuant to the Americans with Disabilities Act, 42 U.S.C.A. 12101 et seq., and the Civil Rights Act of 1991. Jurisdiction also arises pursuant to 28 U.S.C. 1343(4).

2.    Plaintiff has filed this cause subsequent to the timely filing of a Charge of Discrimination based on disability with the Illinois Department of Human Rights and the Equal Employment Opportunity Commission, a true and correct copy of which is attached hereto as Exhibit A.

3.    Plaintiff has filed this cause pursuant to a Right to Sue Letter issued by the U.S. Department of Justice within the statutory time requirements, a true and correct copy of which is attached hereto as Exhibit B.

4.     Plaintiff, at all times relevant hereto, was a disabled person as defined by 42 U.S.C.A. 12102(2).

5.     Defendant, at all times relevant hereto, operated and did business within the venue and jurisdiction of this judicial circuit and was an employer as defined by 42 U.S.C.A. § 12111(5).

6.     Plaintiff was employed as a teacher at Princeton AC from fall 2004 until she was discharged on May 4, 2006.

7.     In direct violation of the Americans with Disabilities Act, 42 U.S.C.A. §12101 et seq., Defendant, by its agents and employees, engaged in the discriminatory acts described in the Charge of Discrimination attached hereto as Exhibit A and incorporated herein by reference.

8.     As a result of Defendant's discriminatory conduct as aforesaid, Plaintiff has suffered injury to her career as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages pursuant to 42 U.S.C. 1981a.

**WHEREFORE**, Plaintiff Anna Darchak prays for judgment against Defendant Chicago Board of Education as follows:

A.     For an award of compensatory damages for injury to Plaintiff's career, emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, lost wages and other non-pecuniary damages;

B.     For front pay, with all pay, benefits and privileges she had before she was terminated, if the Court deems reinstatement, instanter, inappropriate;

2

C.    For attorney's fees and costs of this suit, including expert witness fees;

D.    For pre-judgment interest in an amount to be determined at the time of trial; and

E.    For such other relief as is just and equitable.


**COUNT II – TITLE VII – NATIONAL ORIGIN DISCRIMINATION**

1.  Plaintiff, Anna Darchak, brings this cause pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1991. Jurisdiction also arises pursuant to 28 U.S.C. § 1343(4).

2.  Plaintiff has filed this cause subsequent to the timely filing of a Charge of Discrimination based on National Origin (Polish) with the Illinois Department of Human Rights and the Equal Employment Opportunity Commission, a true and correct copy of which is attached hereto as Exhibit A.

3.  Plaintiff has filed this cause pursuant to a Right to Sue Letter issued by the U.S. Department of Justice within the statutory time requirements, a true and correct copy of which is attached hereto as Exhibit B.

4.  Plaintiff, at all times pertinent hereto, was a person protected by the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 et seq.

5.  Defendant Chicago Board of Education, at all times pertinent hereto, operated and did business within the venue and jurisdiction of this judicial circuit and was an employer who waived sovereign immunity pursuant to 42 U.S.C. § 2000e-16(a).

6.  Plaintiff was employed as a teacher at Princeton AC from fall 2004 until she was discharged on May 4, 2006.

3

7. In direct violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., Defendant, by its agents and employees, engaged in the national origin discrimination acts described in the attached Charge of Discrimination, attached hereto as Exhibit A, incorporated herein, and made a part hereof by reference.

8. As a result of Chicago Board of Education's discriminatory conduct, as aforesaid, Plaintiff has suffered injury to her career as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages pursuant to 42 U.S.C. § 1981a.

**WHEREFORE**, Plaintiff Anna Darchak prays for Judgment against Defendant, Chicago Board of Education, as follows:

A. For an award of compensatory damages for Plaintiff's injury to her career, back pay, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary damages and fringe benefits;

B. For reinstatement, instanter, if the Court deems front pay inappropriate, with all pay, benefits and privileges Plaintiff had before her employment was terminated;

C. For attorney's fees and costs of this suit, including expert witness fees;

D. For pre-judgment interest in an amount to be determined at the time of trial;

4

E. For such other relief as is just and equitable.

Respectfully submitted,

ANNA DARCHAK

BY

One of Her Attorneys

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 West Jackson Boulevard, Suite 1350
Chicago, Illinois 60604
(312) 922-0550

5

U.S. GPO 1985 0 482 051

| DEPT. OF HUMAN RIGHTS **CHARGE OF DISCRIMINATION** | ENTER CHARGE NUMBER |
|---|---|

This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form.

06W002.05

☒ IDHR
☒ EEOC  2006CF3580

JUN 2 0 2006
RECEIVED

**ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC**
*(State or local Agency, if any)*

| NAME *(indicated Mr. Ms. or Mrs.)* | HOME TELEPHONE NO. *(Include Area Code)* |
|---|---|
| Anna Darchak | (708) 583-9218 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3943 North Kenneth Ave. | Chicago, IL 60641 | Cook |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Chicago Public Schools | 15 or More | (773) 535-8080 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 4655 South Dearborn | Chicago, IL 60609 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| Rosalva Acevedo | (773) 535-1960 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 5125 S. Princeton Ave. | Chicago, IL 60609 |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ AGE ☐ RETALIATION ☒ OTHER *(Specify)* Disability

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE
*(Month, day, year)* March 28, 2006

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s)):*

I. Claimant began employment at Princeton AC with the Chicago Public School System by way of the OLCE New Comer Program in 2004. Ms. Darchak came to Princeton AC because Princeton AC did not have Bilingual-Polish/English teachers to help instruct, translate and clarify lesson plans to the growing Polish population attending the school.

II. Claimant has been discriminated against based on her National Origin (Poland) due to the fact that the Principal of Princeton AC, Rosalva Acevedo (Hispanic) treated similarly situated non-Polish teachers more favorably.

III. Claimant was prevented from obtaining information regarding English as a Second Language students from previous years, including, but not limited to, their test scores and other useful information, though this information was readily given to non-Polish faculty members.

IV. As a result of this unequal treatment, Claimant complained to her superiors and filed a union grievance with the Chicago Public Schools.

V. After filing the grievance and complaining, Claimant was subjected to unwelcome and unreasonably hostile treatment by the Principal of Princeton AC and other CPS officials.

VI. Claimant was discriminated against based on her emotional disability caused by the treatment Claimant received from the Respondent.

VII. Claimant was diagnosed and is currently being treated, by a practicing physician, for an emotional health disorder.

VIII. Claimant filed for medical leave on April 17, 2006 due to her disability.

IX. The Chicago Public Schools terminated Claimant's employment on May 4, 2006.

X. As a result of the aforementioned discriminatory actions, Claimant suffered severe emotional distress.

XI. The Principal of Princeton AC caused Claimant additional emotional distress by berating her in front of her students in class 206.

XII. The Principal of Princeton AC caused Claimant additional emotional distress by allowing classroom students to harass Claimant while class was in session though Claimant had previously reported the students on numerous occasions.

**PLAINTIFF'S EXHIBIT A**

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my

knowledge, information a

I declare under penalty of perjury that the foregoing is true
and correct.

SIGNATURE OF COMPLAINANT

Anne Danhall

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

6 / 19 / 200 6

Notary Stamp

AUGUST 18, 2009
MY COMMISSION EXPIRES
DELICIA DEAN
OFFICIAL SEAL
NOTARY PUBLIC



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5056 5930

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

December 20, 2006

Ms. Anna Darchak
c/o Barry A. Gomberg, Esquire
Attorney at Law
53 W. Jackson Blvd., Ste. 1350
Chicago, IL 60604

Re:  EEOC Charge Against City of Chicago, Board of Education, et al.
     No. 21B200602205

Dear Ms. Darchak:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc:  Chicago District Office, EEOC
     City of Chicago, Board of Education, et al.

**PLAINTIFF'S EXHIBIT**

B

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**

500 West Madison St., Suite 2800
Chicago, IL 60661-2511
PH: (312) 353-2713
TTY: (312) 353-2421

FILE REVIEWS FAX: (312) 353-4041
MEDIATION FAX: (312) 353-6676
HEARINGS FAX: (312) 886-5391

STATE & LOCAL FAX: (312) 353-4041
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

Ms. Anna Darchak
c/o Barry A. Gomberg, Attorney at Law
Barry A. Gomberg & Associates
53 West Jackson Boulevard, Suite 1350
Chicago, Illinois 60604

      Re:    Charging Party: Anna Darchak
             Respondent: Chicago Public Schools
             EEOC Charge Number: 21B-2006-02205
             IDHR Charge Number: 2006CF3580

Dear Ms. Darchak:

Your Request for a Notice of Right to Sue on the above reference EEOC charge has been received.

Because the charge is filed against a public employer, your request is being forwarded to the Department of Justice, in accordance with regulations. You will receive a Notice from them in the near future.

This terminates the Commission processing of this charge.

                                Sincerely,

_12/14/06_
Date

Nola Smith (mi)
Nola Smith
State & Local Coordinator

Enclosure:

Transmittal to Department of Justice
of Request for Notice of Right to Sue

cc: Ms. Karen Ferguson
        Employment Litigation Section
        Civil Rights Division, U.S. Department of Justice
        Box 65968, Washington, D.C. 20035-5968

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## TRANSMITTAL TO DEPARTMENT OF JUSTICE OF REQUEST FOR
### NOTICE OF RIGHT TO SUE

(The attached charge involves state/local government or political subdivisions, including public educatio

| | |
|---|---|
| TO: Ms. Karen Ferguson<br>Employment Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>P.O. Box 65968<br>Washington, D.C. 20035-5968 | FROM: **Equal Employment Opportunity Commission**<br>**500 West Madison Street**<br>**Suite 2800**<br>**Chicago, Illinois 60661-2511** |

NOTICE OF RIGHT TO SUE TO BE ISSUED BASED ON THE INFORMATION PROVIDED BELOW

| NAME/ADDRESS OF CHARGING PARTY TO WHOM NOTICE IS TO BE ADDRESSED: | IF CHARGE WAS THIRD PARTY CHARGE, NAME AND ADDRESS OF AGGRIEVED PERSON TO WHOM NOTICE IS TO BE SENT: |
|---|---|
| Ms. Anna Darchak<br>c/o Barry A. Gomberg, Esq<br>53 West Jackson Boulevard, Suite 1350<br>Chicago, Illinois 60604<br><br>☐ Charging party has filed the charge on behalf of an aggrieved person whose identity is confidential (29 CFR 1601.7(a)). | |

NAME/ADDRESS OF RESPONDENT(S) AND EEOC CHARGE NUMBER(S)

| | | |
|---|---|---|
| **Board of Education of the City of Chicago**<br>**c/o Ms. Dianna L. Mitchell**<br>**125 South Clark Street, Suite 700**<br>**Chicago, Illinois 60603** | EEOC Number: 21B-2006-02205 | IDHR Number: 2006CF3580 |

ATTACHED IS A REQUEST FOR NOTICE OF RIGHT TO SUE FOR THE ABOVE CHARGE(S) AND OTHER ATTACHED DOCUMENTS AS INDICATED BELOW:

LETTER OF REQUEST FROM:

[X] CHARGING PARTY DATED ___9/27/2006___     ☐ ATTORNEY FOR CHARGING PARTY DATED: ___

ATTACHMENTS:     [X] ORIGINAL CHARGE     ☐ AMENDED     ☐ CAUSE DETERMINATION (If issued) DATED ___

THIS CHARGE WAS FILED (Filing Date) ___6/20/2006___

[X] Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days shown above.

☐ Please indicate on the Notice of Right To Sue that the Commission will continue to process this charge.

| NAME AND TELEPHONE NUMBER OF CONTACT PERSON (Use FTS No.)<br>Nola Smith, State & Local Coordinator (312) 886-5973 | DATE 12/14/06 |
|---|---|
| TYPED NAME OF EEOC OFFICIAL<br>**John P. Rowe, District Director** | SIGNATURE<br>*John P. Rowe* |

## FOR DEPARTMENT OF JUSTICE USE ONLY

| ☐ R'S | ☐ OMIT ATTY # | | | ☐ DCT | | | | ☐ FILE | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

REMARKS

If there are ADEA/EPA allegations in the charge, we have enclosed the Notice(s) of Right to Sue for them. These Notices have been signed by the Commission. Please date them and forward them to the respective parties at the same time as you forward those documents pertaining to the Notice of Right to Sue request under Title VII/ADA.

EEOC Form 257 (10/94)