AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Anna Darcha     **JUDGMENT IN A CIVIL CASE**

     v.     Case Number: 07 C 104

Board of Education of the
City of Chicago

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment is granted on all counts.

    Michael W. Dobbins, Clerk of Court

Date: 6/25/2008     /s/ George D. Schwemin, Deputy Clerk