**United States District Court, Northern District of Illinois**

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 104 | **DATE** | 11/10/2011 |
| **CASE TITLE** | Anna Darchek    vs    City of Chicago | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  No one appears.  This case is dismissed for want of prosecution.

[Docketing to mail notice]

00:03

| | Courtroom Deputy | GDS |
|---|---|---|